UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DOROTHY HANSEN<br>*Administrator Of The Estate Of Steven Simard Doing Business As*<br>Washington Probate Services,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:12-CV-05850-KLS<br><br><br>ORDER ON REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will reconsider the medical source opinions offered by Drs. Brown, Dodge, and Turner;
- The ALJ will reassess Mr. Simard's residual functional capacity;
- The ALJ will re-evaluate Mr. Simard's credibility;

Page 1     ORDER - [3:12-CV-05850-KLS]

- If warranted, the ALJ will obtain supplemental vocational expert testimony to determine whether there are a significant number of jobs in the national economy that Mr. Simard could have performed prior to August 1, 2010.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 5th day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

OF COUNSEL:
JOHN C. LAMONT
Assistant Regional Counsel

Page 2        ORDER - [3:12-CV-05850-KLS]